**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **THE HARVARD DRUG GROUP LLC**<br>**d/b/a RUGBY LABORATORIES,**<br>   *Plaintiff,*<br><br>**v.**<br><br>**FLORIDA ULTRAPURE WATER,**<br>**LLC d/b/a/ ALL FLORIDA WATER,**<br>**INC.; D.T. WATER CORP.; D.T.**<br>**WATER, LLC; and CULLIGAN INT**<br>**OF SARASOTA LLC,**<br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. 6:23-CV-767** |

**ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland regarding Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. 23. The report recommends that Defendants' Motion to Dismiss under Rules 12(b)(2), 12(b)(3), and 12(b)(6) (Dkt. No. 13) be **DENIED**. The Report and Recommendation was filed March 24, 2025. This Court hereby adopts Judge Gilliland's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendants filed their first objections to the report and recommendation on April 7, 2025. Dkt. No. 24. Plaintiff then filed a response in opposition to Defendants' objections. Dkt. No. 25.

Following that, several motions for leave to file additional objections and replies in support were filed and granted. Defendants replied to Plaintiff's response and furthered their objections. Dkt. No. 29. Defendants also filed a supplemental brief in support of their objections, specifically on the issue of personal jurisdiction. Dkt. No. 33. Plaintiff filed responsive briefing on the personal jurisdiction issue. Dkt. No. 34. The primary personal jurisdiction issue is a difference in the controlling standard for federal and state court under Fifth Circuit guidance.

The Court has conducted a *de novo* review of the Amended Complaint, the Report and Recommendation, all objections and responses to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland, Dkt. 23, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint under Rules 12(b)(2), 12(b)(3), and 12(b)(6) (Dkt. No. 13) is **DENIED.**

**SIGNED** on March 6, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE